UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 08771
     BELGICA OCAMPO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

             Debtor
     SSN XXX-XX-9475
```

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was not confirmed.

     The case was dismissed without confirmation 07/07/2008.
---------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| THE BANK OF NEW YORK TRU | CURRENT MORTG | .00 | .00 | .00 |
| THE BANK OF NEW YORK TRU | MORTGAGE ARRE | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 930.31 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF NEW YORK TRUST | NOTICE ONLY | NOT FILED | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,373.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

             Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08771 BELGICA OCAMPO

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 10/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 08 B 08771 BELGICA OCAMPO